IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MILLICENT PLATT, | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| FIREMAN'S FUND INSURANCE COMPANY, | : | NO.  11-4067 |
| | : | |
| Defendant. | : | |

### ORDER

**AND NOW**, this *16th* day of *November*, 2011, upon consideration of Plaintiff Millicent Platt's Motion to Overrule Objections and Compel Response to Request for Production Pursuant to Federal Rule of Civil Procedure 34 for Defendant's Claims Manuals (Docket No. 13) and Defendant Fireman's Fund Insurance Company's Response in Opposition (Docket No. 14), it is hereby **ORDERED** as follows:

1. Plaintiff's Motion (Docket No. 13) is **GRANTED**.

2. Defendant is **ORDERED** to provide Plaintiff with any material which pertains to instructions and procedures for adjusting claims and which was given to the adjusters who worked on Plaintiff's claim.

3. Plaintiff and her counsel are **ORDERED** to keep confidential all materials they receive in response to this discovery request and any information they learn from those materials.

BY THE COURT:


 *s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.